THE STATE EX REL. CARROLL, APPELLANT, *v.* CORRIGAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Carroll v. Corrigan* (1999), 84 Ohio St.3d 529.]

(No. 98–1697—Submitted January 12, 1999—Decided March 3, 1999.)

*Daniel Carroll,* pro se.

*William Mason,* Cuyahoga County Prosecuting Attorney, and *Erika Ritt,* Assistant Prosecuting Attorney, for appellee.

---

***Per Curiam.*** We affirm the judgment of the court of appeals. Judge Corrigan did not have any duty to issue findings of fact and conclusions of law on Carroll's successive petition for postconviction relief. *State ex rel. White v. Goldsberry* (1996), 76 Ohio St.3d 271, 667 N.E.2d 391; *State ex rel. Luna v. McGimpsey* (1996), 74 Ohio St.3d 485, 486, 659 N.E.2d 1278, 1278–1279.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.